UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:11-cv-23394

CARLOS URQUILLA DIAZ

    Plaintiff,

v.

KAPLAN, INC., KAPLAN UNIVERSITY
and KAPLAN HIGHER EDUCATION
CORPORATION,

    Defendants.
_____/

### DECLARATION OF JOHN W. ANDREWS IN SUPPORT OF PLAINTIFF'S MOTION FOR 90-DAY EXTENSION TO RESPOND TO KAPLAN'S MOTION FOR SUMMARY JUDGMENT

I, John W. Andrews, Esq., hereby declare that:

1. I am over the age of 18.

2. I am counsel for Plaintiff Carlos Urquilla Diaz and this declaration is made pursuant to Rules 6 and 56(d) & (e) of the Federal Rules of Procedure in support of Plaintiff's Motion for Extension of Time to Respond to Kaplan's Motion for Summary Judgment (D.E. 287)

3. I have been out of the office a great deal this past month due to having to care for my wife's medical issues. Specifically, she is disabled (traumatically induced head and back injuries) and I am primarily responsible for her care. Normally, her care is managed without severe impact on my schedule, however over the last month her medical condition unexpectedly deteriorated or was exacerbated substantially, requiring me to be out of the office a great deal of time for her care

and transportation to medical providers including emergency room visits and pain management providers for multiple epidural injections/shots for head, neck and back pain. In addition to the debilitating pain, my wife often experienced fainting spells, nausea, and other associated symptoms at times requiring 24-hour care.

4. While my wife's condition has marginally improved requiring less personal care, I anticipate having devote substantial time to continue for her care in the coming weeks/ months.

5. We are a two attorney firm and my absence from the office resulted in a back-log of work in other matters. This was further impacted due to our firm's week long trial in a wrongful death case in mid-February 2012,

6. I have a busy practice with upcoming trial or appellate deadlines in other complex matters including several product liability cases.

7. In order to properly and fully respond to the subject Motion for Summary Judgment, it is necessary to engage in further discovery which will likely include depositions of the following current or former employees of Defendant Andrew Rosen, Sherry Pace, David Harpool, David Klinefelter and any other employees in supervisory capacity during Diaz's employment and those having knowledge of Kaplan's actions following Plaintiff's letter to Andrew Rosen in his March 3, 2006 letter. The above depositions and any declarations necessary will require review of many documents and involve separate facts. It is also likely that Plaintiff will engage in a forensic inspection of Kaplan's computers and servers.

8. Plaintiff also intends to submit a declaration/affidavit from Ben Wilcox (former Kaplan employee and supervisor of Plaintiff) however doing so will involve

procedural delays and obstacles since he is presently incarcerated in the Federal Corrections Camp in Duluth, MN.

FURTHER AFFIANT SAYETH NOT.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed on March 26, 2012.

_____
John W. Andrews, Esq.